**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Gudrun J. Rice**

**Civil Action No.: 06-cv-02468-MSK-PAC**     **FTR** - Reporter Deck - Courtroom A-501
**Date:   April 10, 2007**                     Courtroom Deputy, Ellen E. Miller
_____

CAL FARLEY'S BOYS RANCH FOUNDATION,           Thoms R. Dixon, Jr.
                                              Charles A. Greenhouse
   **Plaintiff(s),**
v.

ROBERT TAYLOR, and                            - - - - - - - - -
DONNA TAYLOR,
   **Defendant(s).**
_____
**COURTROOM   MINUTES  /  MINUTE   ORDER**
_____

**HEARING:   MOTION   HEARING**
**Court in Session:**     9:15  a.m.
Court calls case.   Appearance of Plaintiff's counsel.   Defendants nor any legal representative on their behalf appear.

Please note that due to Magistrate Judge Coan's recent retirement, Magistrate Judge O. Edward Schlatter has temporarily assumed her cases and docket until a replacement is appointed. The **e-mail address** remains as the Coan_Chambers address and **case numbers** will continue to be designated with -PAC as the Magistrate Judge initials.

In Magistrate Judge Schlatter's absence today, Magistrate Judge Rice is conducting this hearing.

The Plaintiff's Motion for Default Judgment is raised for argument.
Statements by Mr. Dixon.
Statements by Mr. Greenhouse.

Questions and comments by the Court.

**It is ORDERED:**     Plaintiff's MOTION FOR DEFAULT JUDGMENT (Docket No. **11,** Filed March 14, 2007) is **TAKEN UNDER ADVISEMENT**. The Court will issue a written order and recommendation.

HEARING CONCLUDES.  **Court in recess:**   9:56  a.m.   Total In-Court Time:   00:41