IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02468-MSK-KLM

CAL FARLEY'S BOYS RANCH FOUNDATION,

    Plaintiff,

v.

ROBERT TAYLOR, and
DONNA TAYLOR,

    Defendants.
_____

**OPINION AND ORDER GRANTING MOTION FOR ATTORNEY'S FEES**
_____

**THIS MATTER** comes before the Court pursuant to the Plaintiff's Motion for Attorney's Fees **(# 34)**.

The Plaintiff, remainderman of a life estate granted to the Defendants in Rimrock and Spring Creek Ranches, commenced this action seeking to nullify easements that the Defendants had granted in excess of the authority granted by their life estate, and to recover from the Defendants sums received by them for granting the easements, among other things. The Defendants did not appear in this case, and on February 13, 2008, the Court entered a default judgment **(# 33)**. That judgment authorized the award of attorneys fees in favor of the Plaintiff for the Defendant's violation of C.R.S. § 38-35-109(3). That statute prohibits the recording of documents purporting to encumber real property if the filer has reason to know that the document is groundless or otherwise invalid. The statute permits the award of "reasonable attorney fees" in the event of a violation.

The Plaintiff filed the instant motion seeking fees in the amount of $59,493.08. The

Defendants have not filed papers in response.  The Court has reviewed the Plaintiff's affidavits and supporting documents in light of the standards applicable to attorney fee awards.  Although the bulk of the fees were incurred prior to the commencement of this litigation, as the Plaintiff attempted to resolve this matter through negotiations with the holder of the easement granted by the Defendants and with the Defendants themselves, the Court sees no reason why such fees should not be recoverable, as they were reasonably incurred as a direct result of the Defendants' conduct.  Upon the Court's review and in the absence of opposition from the Defendants, the Court finds that the fees requested by the Plaintiff are reasonable.

Accordingly, the Plaintiffs' Motion for Attorney's Fees **(# 34)** is **GRANTED**.  The Default Judgment **(# 33)** of February 13, 2008 is **DEEMED AMENDED** to include the award of $59,493.08 in attorney's fees to the Plaintiff, with post-judgment interest to run on that sum as of the date of this Order.

Dated this 5th day of August, 2008

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge